## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| GARY and DENISE WARSTLER, | ) |
|         Plaintiffss, | ) **Case No.: 4:16-CV-01454** |
| v. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| NATIONSTAR MORTGAGE HOLDINGS, INC., | ) |
|         Defendant. | ) |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiffs, GARY WARSTLER and DENISE WARSTLER, ("Plaintiffs"), through their attorney, Agruss Law Firm, LLC, inform this Honorable Court that the Parties have reached a settlement in this case. Plaintiffs anticipate dismissing this case, with prejudice, within 30 days.

                                        RESPECTFULLY SUBMITTED,

Dated: November 10, 2016        By: /s/ Michael S. Agruss
                                              Michael S. Agruss
                                              SBN: 6281600
                                              Agruss Law Firm, LLC
                                              4609 N. Ravenswood Ave., Suite 419
                                              Chicago, IL 60640
                                              Tel: 312-224-4695
                                              Fax: 312-253-4451
                                              michael@agrusslawfirm.com
                                              Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

On November 10, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Michael S. Agruss
Michael S. Agruss